IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY J. ROWKER, | : | |
| Plaintiff | : | No. 3:16-cv-02174 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| METHODIST HOMES FOR THE | : | |
| AGING, a/k/a UNITED METHODIST | : | |
| HOMES, | : | |
| Defendant | : | |

# ORDER

**AND NOW**, on this 5th day of February 2018, upon consideration of Defendant's motion for summary judgment (Doc. No. 11), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment (Doc. No. 11), is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendant Methodist Homes for the Aging, a/k/a United Methodist Homes, and against Plaintiff Nancy J. Rowker; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                    s/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania